# United States District Court

-------------------------- DISTRICT OF KANSAS----------------------------

MARK HUMMELL,

        **Plaintiffs,**

v.                        **Case No:  22-2383-EFM**

MV REALTY OF KANSAS LLC and
MV REALTY PBC, LLC,

        **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on October 25, 2022, Doc. 12, the case is remanded to the District Court of Johnson County, Kansas.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss for Failure to State a Claim, Doc. 5, is DENIED AS MOOT.

This case is closed.

_October 25, 2022_____
        Date

                           SKYLER O'HARA
                           CLERK OF THE DISTRICT COURT

                           by: _s/  Cindy McKee_____
                                    Deputy Clerk